**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICHELLE L. ANTOINE, Civil No. 00-1994 ADM/AJB

Plaintiff,

v. **PRETRIAL SCHEDULING ORDER**

ALLISON M. DICOLA and
JOSEPH DICOLA,

Defendants.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by July 1, 2001.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before February 1, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before April 1, 2001.

   b. By Defendant(s) on or before May 1, 2001.

4. No more than 50 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party.

Filed JAN 23 2001
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

5. No more than 6 factual depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by March 1, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, July 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by September 1, 2001. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a Jury trial on November 1, 2001, or upon resolution of any pending dispositive motions. Each party may call no more than 2 expert witnesses. Anticipated length of trial is 3 - 4 days.

Dated: 1/23/01

Arthur J. Boylan
United States Magistrate Judge