UNITED STATES OF DISTRICT COURT
DISTRICT OF MINNESOTA

CASE NUMBER: 00-1994 ADM/AJB

| | | |
|---|---|---|
| Michelle L. Antoine,<br><br>Plaintiff,<br><br>vs.<br><br>Allison M. DiCola and<br>Joseph DiCola,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

* * * * *

The above-entitled action, having been fully compromised and settled by and between the parties hereto, through their respective undersigned attorneys, it is hereby stipulated and agreed that the same may be, and it hereby is dismissed on its merits with prejudice and without further costs or disbursements to either of the parties hereto; and the Clerk of said Court, upon the filing of this Stipulation of Dismissal, is hereby authorized and directed to so dismiss said action of record.

DATED: 3/14/01

Kermit N. Fruechte
Attorney for Plaintiff
900 2nd Ave. South, Suite 1650
Minneapolis, MN 55402

DATED: 2/23/01

Emilio R. Giuliani
Lori Jensen-Lea
Attorneys for Defendants
P. O. Box 70
Hopkins, MN 55343-0070

FILED MAR 23 2001
MAR 23 2001
JU
DEPUTY

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice and without costs to any parties to this agreement and judgment may be entered accordingly.

BY THE COURT:

Judge of District Court
Ann D. Montgomery

Dated: March 23, 2001